UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION NO.:

| | | |
|---|---|---|
| GISSI CRUZ,<br>Plaintiff, | ) | |
| | ) | COMPLAINT |
| v. | ) | |
| | ) | PLAINTIFF CLAIMS TRIAL BY JURY |
| WILLIAM SHEA,<br>MICHAEL LA HOULE and,<br>CERTAIN UNKNOWN<br>INDIVIDUALS,<br>Defendants. | ) | CA 07 412 |

General Allegations

1. The plaintiff, Gissi Cruz, is an individual with a place of residence in Massachusetts.

2. The defendant, William Shea, is the Deputy Chief of Police of Woonsocket, Rhode Island, and this action is brought against him individually.

3. The defendant, Michael La Houle, is the Chief of Police of Woonsocket, Rhode Island, and this action is brought against him individually.

4. The remaining defendants are individuals believed to be employed by the Woonsocket Police Department.

5. The plaintiff brings the instant action alleging violations of her civil rights, pursuant to 42 U.S.C. §§ 1983 and 1985.

Factual Allegations

6. The plaintiff repeats the allegations set forth in paragraphs one through five of the General Allegations.

7. That at various times in 2003 and 2004, the plaintiff was subjected to discrimination and harassment by the defendants.

8. That by a letter dated November 15, 2004, the defendant, Walter Shea, informed the plaintiff that she was no longer permitted to perform her duties as a volunteer police officer.

Count I THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANT, WILLIAM SHEA, PURSUANT TO 42 U.S.C. § 1983

9. The plaintiff repeats the allegations contained in paragraphs one through five of the General Allegations and paragraphs six through eight of the Factual Allegations.

10. That at various times in 2003 and 2004, the defendant intentionally harassed the female plaintiff because of her gender.

11. That as a direct and proximate result of this harassment, the plaintiff sustained severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendant, William Shea, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

Count II THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANT, MICHAEL LA HOULE, PURSUANT TO 42 U.S.C. § 1983

12. The plaintiff repeats the allegations contained in paragraphs one through five of the General Allegations and paragraphs six through eight of the Factual Allegations.

13. That at various times in 2003 and 2004, the defendant intentionally harassed the female plaintiff because of her gender.

14. That as a direct and proximate result of this harassment, the plaintiff suffered severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendant, Michael La Houle, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

COUNT III THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANTS, CERTAIN UNKNOWN INDIVIDUALS, PURSUANT TO 42 U.S.C. § 1983

15. The plaintiff repeats the allegations contained in paragraphs one through five of the General Allegations and paragraphs six through eight of the Factual Allegations.

16. That at various times in 2003 and 2004, the defendants intentionally harassed the female plaintiff because of her gender.

17. That as a direct and proximate result of this harassment, the plaintiff suffered severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendants, certain unknown individuals, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

COUNT IV THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANT, WILLIAM SHEA, PURSUANT TO 42 U.S.C. § 1985

18. The plaintiff repeats the allegations contained in paragraphs one through five of the General Allegations, paragraphs six through eight of the Factual Allegations, and paragraphs nine through eleven of Count I.

19. That at various times in 2003 and 2004, the defendant, William Shea, did conspire with the defendant, Michael La Houle, and the defendants, certain unknown individuals, to deprive the plaintiff of the equal protection of the laws.

20. That as a direct and proximate result of this conspiracy, the plaintiff suffered severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendant, William Shea, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

COUNT V THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANT, MICHAEL LA HOULE, PURSUANT TO 42 U.S.C. § 1985

21. The plaintiff repeats the allegations contained in paragraphs one through five of the General Allegations, paragraphs six through eight of the Factual Allegations, and paragraphs twelve through fourteen of Count II.

22. That at various times in 2003 and 2004, the defendant, Michael La Houle, did conspire with the defendant, William Shea, and the defendants, certain unknown individuals, to deprive the plaintiff of the equal protection of the laws.

23. That as a direct and proximate result of this conspiracy, the plaintiff suffered severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendant, Michael La Houle, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

COUNT VI THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANTS, CERTAIN UNKNOWN INDIVIDUALS, PURSUANT TO 42 U.S.C. § 1985

24. The plaintiff repeats the allegations contained in paragraphs one through five of the General Allegations, paragraphs six through eight of the Factual Allegations, and paragraphs fifteen through seventeen of Count III.

25. That at various times in 2003 and 2004, the defendants, certain unknown individuals, did conspire with the defendant, William Shea, and the defendant, Michael La Houle, to deprive the plaintiff of equal protection of the laws.

26. That as a direct and proximate result of this conspiracy, the plaintiff suffered severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendants, certain unknown individuals, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

Respectfully Submitted,
The Plaintiff,
By Her Attorney,

Timothy S. Ahearn (sic)

Timothy S. Ahearn, Esq.
RI Bar # 4501
250 Eddie Dowling Highway
North Smithfield, RI 02896
(401) 765-6699
(401) 766-6285 (fax)