UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION NO.: 07-412-S

GISSI CRUZ,
Plaintiff,

v.

WILLIAM SHEA,
MICHAEL HOULE,
CITY OF WOONSOCKET,
and CERTAIN UNKNOWN
INDIVIDUALS,
Defendants.

AMENDED COMPLAINT

PLAINTIFF CLAIMS TRIAL BY JURY

General Allegations

1. The plaintiff, Gissi Cruz, is an individual with a place of residence in Massachusetts.

2. The defendant, William Shea, was formerly the Chief of Police of Woonsocket, Rhode Island, and this action is brought against him individually.

3. The defendant, Michael Houle, is the Chief of Police of Woonsocket, Rhode Island, and this action is brought against him individually.

4. The defendant, City of Woonsocket, is a municipality and political subdivision located in the State of Rhode Island.

5. The remaining defendants are individuals believed to be employed by the Woonsocket Police Department.

6. The plaintiff brings the instant action alleging violations of her civil rights, pursuant to 42 U.S.C. §§ 1983 and 1985.

Factual Allegations

7. The plaintiff repeats the allegations set forth in paragraphs one through six of the General Allegations.

8. That at various times in 2003 and 2004, the plaintiff was subjected to discrimination and harassment by the defendants.

9. That by a letter dated November 15, 2004, the defendant, William Shea, informed the plaintiff that she was no longer permitted to perform her duties as a volunteer police officer.

COUNT I THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANT, WILLIAM SHEA, PURSUANT TO 42 U.S.C. § 1983

10. The plaintiff repeats the allegations contained in paragraphs one through six of the General Allegations and paragraphs seven through nine of the Factual Allegations.

11. That at various times in 2003 and 2004, the defendant intentionally harassed the female plaintiff because of her gender.

12. That as a direct and proximate result of this harassment, the plaintiff sustained severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendant, William Shea, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

COUNT II THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANT, MICHAEL HOULE, PURSUANT TO 42 U.S.C. § 1983

13. The plaintiff repeats the allegations contained in paragraphs one through six of the General Allegations and paragraphs seven through nine of the Factual Allegations.

14. That at various times in 2003 and 2004, the defendant intentionally harassed the female plaintiff because of her gender.

15. That as a direct and proximate result of this harassment, the plaintiff suffered severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendant, Michael Houle, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

COUNT III THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANT, CITY OF WOONSOCKET, PURSUANT TO 42 U.S.C. § 1983

16. The plaintiff repeats the allegations contained in paragraphs one through six of the General Allegations and paragraphs seven through nine of the Factual Allegations.

17. That the suspension and removal of the plaintiff from her position denied her due process, equal protection of the law, and her right to be free from discrimination and harassment on the basis of gender, and was caused by the implementation of an unconstitutional municipal policy specifically and expressly attributed to the police chief, who in such cases acted as the municipal policy maker

18. That the acts of the police chiefs of the City of Woonsocket, in denying plaintiff her employment as a police officer, were the acts by the decision-maker responsible for the implementation of its official policy.

19. That as a direct and proximate result of this policy, the plaintiff lost her employment as a police officer and suffered severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendant, City of Woonsocket, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

COUNT IV THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANTS, CERTAIN UNKNOWN INDIVIDUALS, PURSUANT TO 42 U.S.C. § 1983

20. The plaintiff repeats the allegations contained in paragraphs one through six of the General Allegations and paragraphs seven through nine of the Factual Allegations.

21. That at various times in 2003 and 2004, the defendants intentionally harassed the female plaintiff because of her gender.

22. That as a direct and proximate result of this harassment, the plaintiff suffered severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendants, certain unknown individuals, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

COUNT V THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANT, WILLIAM SHEA, PURSUANT TO 42 U.S.C. § 1985

23. The plaintiff repeats the allegations contained in paragraphs one through six of the General Allegations, paragraphs seven through nine of the Factual Allegations, and paragraphs ten through twelve of Count I.

24. That at various times in 2003 and 2004, the defendant, William Shea, did conspire with the defendant, Michael Houle, the defendant, City of Woonsocket, and the defendants, certain unknown individuals, to deprive the plaintiff of the equal protection of the laws.

25. That as a direct and proximate result of this conspiracy, the plaintiff suffered severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendant, William Shea, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

COUNT VI THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANT, MICHAEL HOULE, PURSUANT TO 42 U.S.C. § 1985

26. The plaintiff repeats the allegations contained in paragraphs one through six of the General Allegations, paragraphs seven through nine of the Factual Allegations, and paragraphs thirteen through fifteen of Count II.

27. That at various times in 2003 and 2004, the defendant, Michael Houle, did conspire with the defendant, William Shea, the defendant, City of Woonsocket, and the defendants, certain unknown individuals, to deprive the plaintiff of the equal protection of the laws.

28. That as a direct and proximate result of this conspiracy, the plaintiff suffered severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendant, Michael Houle, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

COUNT VII THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANT, CITY OF WOONSOCKET, PURSUANT TO 42 U.S.C. § 1985

29. The plaintiff repeats the allegations contained in paragraphs one through seven of the General Allegations and paragraphs eight through ten of the Factual Allegations, and paragraphs sixteen through nineteen of Count III.

30. That at various times in 2003 and 2004, the defendant, City of Woonsocket, did conspire with the defendant, William Shea, the defendant, Michael La Houle, and the defendants, certain unknown individuals, to deprive the plaintiff of the equal protection of the laws.

31. That as a direct and proximate result of this conspiracy, the plaintiff suffered severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendant, City of Woonsocket, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

COUNT VI THE PLAINTIFF, GISSI CRUZ'S, CAUSE OF ACTION AGAINST THE DEFENDANTS, CERTAIN UNKNOWN INDIVIDUALS, PURSUANT TO 42 U.S.C. § 1985

32. The plaintiff repeats the allegations contained in paragraphs one through six of the General Allegations, paragraphs seven through nine of the

Factual Allegations, and paragraphs twenty through twenty-two of Count IV.

33. That at various times in 2003 and 2004, the defendants, certain unknown individuals, did conspire with the defendant, William Shea, the defendant, Michael Houle, and the defendant, City of Woonsocket, to deprive the plaintiff of equal protection of the laws.

34. That as a direct and proximate result of this conspiracy, the plaintiff suffered severe emotional distress and mental anguish.

WHEREFORE, the plaintiff demands judgment against the defendants, certain unknown individuals, in an amount as the evidence might prove at trial, plus interest, costs, and attorneys' fees.

Respectfully Submitted,
The Plaintiff,
By Her Attorney,

*/s/ Timothy S. Ahearn*
Timothy S. Ahearn, Esq.
RI Bar # 4501
250 Eddie Dowling Highway
North Smithfield, RI 02896
(401) 765-6699
(401) 766-6285 (fax)