UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION NO.: 07-412-S

GISSI CRUZ,
Plaintiff,

v.

WILLIAM SHEA,
MICHAEL HOULE,
CITY OF WOONSOCKET,
and CERTAIN UNKNOWN
INDIVIDUALS,
Defendants.

Motion for an Extension of Time to Serve Amended Complaint and File Proof of Service with the Court

Now comes the plaintiff and respectfully moves this Honorable Court to extend the time to serve the defendants and file proof of service with the Court by an additional fourteen days, or from March 13 to March 27, 2008.

In support of this motion, the plaintiff assigns the following:

1. That the instant cause of action is brought pursuant to 42 U.S.C. § 1983 against a former police chief of the City of Woonsocket, as well as the present police chief of the City of Woonsocket, and certain unknown individuals;

2. That the defendants as police officers have residences not readily available to the plaintiff;

3. That the defendant, Michael Houle, is still the chief of police and has announced his retirement effective April 13, 2008, but is not available for service of process at the Woonsocket Police Station;

4. That the defendants' status as police officers, as well as now either retired or effectively retired, establishes further difficulty in making service;

5. That the plaintiff has filed the instant motion prior to the expiration of the 120 days set forth by Rule 4 of the Federal Rules of Civil Procedure, and thus upon good cause should be allowed;

6. That the plaintiff has now filed an Amended Complaint, adding the City of Woonsocket as a defendant. The plaintiff anticipates making service on the City of Woonsocket on or before March 13, 2008; and

7. That the interests of justice will best be served by the allowance of the instant motion and thus allow the instant case to be decided on its merits.

Respectfully Submitted,
The Plaintiff,
By Her Attorney,

*/s/ Timothy S. Ahearn*______
Timothy S. Ahearn, Esq.
RI Bar # 4501
250 Eddie Dowling Highway
North Smithfield, RI 02896
(401) 765-6699
(401) 766-6285 (fax)