AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Gissi Cruz

V.

William Shea, Michael Houle, City of W

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-412-S

TO: (Name and address of Defendant)

William Shea
8 Bayberry Hill Drive
Cumberland, RI 02864-3307

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy S. Ahearn
250 Eddie Dowling Highway
North Smithfield, RI 02896

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3.12.08

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/12/08 |
| NAME OF SERVER (PRINT) Daryl Jamieson | TITLE US Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Tim Bowe Son

X Tim Bowe

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3 12 2008
Date

Daryl Jamieson
Signature of Server

68 S. Main St Woonsocket
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.