UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GISSI CRUZ,
Plaintiff,

v. C.A. No. 07-412-S

WILLIAM SHEA, MICHAEL HOULE,
CITY OF WOONSOCKET, and CERTAIN
UNKNOWN INDIVIDUALS,
Defendants

**ENTRY OF APPEARANCE**

I hereby enter my appearance as counsel for the Defendants William Shea, Michael Houle, and the City of Woonsocket in the above matter.

Respectfully Submitted,
William Shea, et al.,
By their Attorney,

Robert C. Iuliano

Robert C. Iuliano (#2338)
City Solicitor
169 Main Street
P.O. Box B
Woonsocket, RI 02895
(401) 767-9201
(401) 769-0316 FAX
e-mail: abicki@msn.com

**CERTIFICATION**

I hereby certify that on the 31st day of March, 2008, I mailed a true copy of the within Entry of Appearance to Timothy S. Ahearn, Esq., 250 Eddie Dowling Highway, North Smithfield, RI 02896.

Andrea M. Bicki