UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GISSI CRUZ,
Plaintiff,

v. C.A. No. 07-412-S

WILLIAM SHEA, MICHAEL HOULE,
CITY OF WOONSOCKET, and CERTAIN
UNKNOWN INDIVIDUALS,
Defendants

**ANSWER OF DEFENDANTS**

1. Defendants are without sufficient knowledge to admit or deny this allegation and leave Plaintiff to her proof thereof.

2. Admitted.

3. Denied.

4. Admitted.

5. Defendants are without sufficient knowledge to admit or deny this allegation and leave Plaintiff to her proof thereof.

6. Defendants are without sufficient knowledge to admit or deny this allegation and leave Plaintiff to her proof thereof.

7. Defendants' responses to the allegations set forth in Paragraphs 1 through 6 are incorporated herein as if set forth in full.

8. Denied.

9. Denied; letter speaks for itself.

COUNT I

10. Defendants' responses to the allegations set forth in Paragraphs 1 through 9 are incorporated herein as if set forth in full.

11. Denied.

12. Denied.

Wherefore, Defendants pray Count I be dismissed and Defendants be awarded costs, attorney's fees, and interest thereon.

COUNT II

13. Defendants' responses to the allegations set forth in Paragraphs 1 through 9 are incorporated herein as if set forth in full.

14. Denied.

15. Denied.

Wherefore, Defendants pray Count II be dismissed and Defendants be awarded costs, attorney's fees, and interest thereon.

COUNT III

16. Defendants' responses to the allegations set forth in Paragraphs 1 through 9 are incorporated herein as if set forth in full.

17. Denied.

18. Denied.

19. Denied.

Wherefore, Defendants pray Count III be dismissed and Defendants be awarded costs, attorney's fees, and interest thereon.

COUNT IV

20. Defendants' responses to the allegations set forth in Paragraphs 1 through 9 are incorporated herein as if set forth in full.

21. Denied.

22. Denied.

Wherefore, Defendants pray Count IV be dismissed and Defendants be awarded costs, attorney's fees, and interest thereon.

COUNT V

23. Defendants' responses to the allegations set forth in Paragraphs 1 through 12 are incorporated herein as if set forth in full.

24. Denied.

25. Denied.

Wherefore, Defendants pray Count V be dismissed and Defendants be awarded costs, attorney's fees, and interest thereon.

COUNT VI

26. Defendants' responses to the allegations set forth in Paragraphs 1 through 15 are incorporated herein as if set forth in full.

27. Denied.

28. Denied.

Wherefore, Defendants pray Count VI be dismissed and Defendants be awarded costs, attorney's fees, and interest thereon.

COUNT VII

29. Defendants' responses to the allegations set forth in Paragraphs 1 through 19 are incorporated herein as if set forth in full.

30. Denied.

31. Denied.

Wherefore, Defendants pray Count VII be dismissed and Defendants be awarded costs, attorney's fees, and interest thereon.

COUNT VI (sic)

32. Defendants' responses to the allegations set forth in Paragraphs 1 through 22 are incorporated herein as if set forth in full.

33. Denied.

34. Denied.

Wherefore, Defendants pray Count VIII be dismissed and Defendants be awarded costs, attorney's fees, and interest thereon.

Respectfully Submitted,
William Shea, et al.,
By their Attorney,

Robert C. Iuliano/amb

Robert C. Iuliano (#2338)
City Solicitor
169 Main Street
P.O. Box B
Woonsocket, RI 02895
(401) 767-9201
(401) 769-0316 FAX
e-mail: abicki@msn.com

**CERTIFICATION**

I hereby certify that on the 31st day of March, 2008, I mailed a true copy of the within Entry of Appearance to Timothy S. Ahearn, Esq., 250 Eddie Dowling Highway, North Smithfield, RI 02896.

Andrea M. Bicki