UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GISSI CRUZ,
Plaintiff,

v.

WILLIAM SHEA, MICHAEL HOULE, CITY OF WOONSOCKET, and CERTAIN UNKNOWN INDIVIDUALS,
Defendants.

DOCKET NO.: 07-412-S

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, Gissi Cruz, hereby moves that Edward J. McCormick, III, be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

*/s/ Timothy S. Ahearn, Esq.*
Signature of Local Counsel

Timothy S. Ahearn, Esq.
RI Bar # 4501
250 Eddie Dowling Highway
North Smithfield, RI 02896
(401) 765-6699
(401) 766-6285 (fax)
tim@ahearnlaw.com

**ORDER**

This motion is hereby ________ GRANTED ___________ DENIED

______________________________
District Judge