UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GISSI CRUZ,
Plaintiff,

v.

DOCKET NO.: 07-412-S

WILLIAM SHEA, MICHAEL HOULE, CITY OF WOONSOCKET, and CERTAIN UNKNOWN INDIVIDUALS,
Defendants.

Now comes the plaintiff, Gissi Cruz, and does hereby propose the following scheduling order:

1. That discovery is to be completed by October 31, 2008;

2. That any additional parties be named by July 1, 2008;

3. That any motions pursuant to Rule 56 be filed by November 28, 2008.

Respectfully Submitted,
The Plaintiff,
By Her Attorney,

*/s/ Edward J. McCormick, III*

Edward J. McCormick, III
McCormick & Maitland
Suite Six – Hayward Manor
195 Main Street
Franklin, MA 02038
(508) 520-0333

Respectfully Submitted,
The Plaintiff,
By Her Attorney,

*/s/ Timothy S. Ahearn*

Timothy S. Ahearn, Esq.
RI Bar # 4501
250 Eddie Dowling Highway
North Smithfield, RI 02896
(401) 765-6699

**CERTIFICATE OF SERVICE**

I, Edward J. McCormick, III, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 23, 2008.

*/s/ Edward J. McCormick, III*
Edward J. McCormick, III