UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GISSI CRUZ,
Plaintiff,

v. CIVIL ACTION NO.: 07-412-S

WILLIAM SHEA,
MICHAEL HOULE,
CITY OF WOONSOCKET,
and CERTAIN UNKNOWN
INDIVIDUALS,
Defendants.

**DISMISSAL STIPULATION**

Now come the parties in the above-entitled action and hereby agree that the above-entitled action is dismissed with prejudice, with no costs and no attorney's fees.

Gissi Cruz,
by her Attorney,

*/s/ Edward J. McCormick, III*
Edward J. McCormick, III, Esq. (# )
Suite Six – Hayward Manor
195 Main Street
Franklin, MA 02038
(508) 520-0333
(508) 520-0383 FAX

Dated: 8/8/08

William Shea, et al.,
by their Attorney,

*/s/ Robert C. Iuliano*
Robert C. Iuliano (#2338)
City Solicitor
169 Main Street
P.O. Box B
Woonsocket, RI 02895
(401) 767-9201
(401) 769-0316 FAX

Dated: 8/8/08

ENTER: ____________________

ORDER: ____________________